IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| KENNETH C. APPERSON, ET. AL., | : | |
| Plaintiffs, | : | |
| vs. | : | 6:04-CV-20 (WLS) |
| SOUTHERN STATES COOP., ET. AL, | : | |
| Defendants. | : | |

**ORDER**

      Presently pending before the Court is Defendants', Roberts Aircraft Company and Heli-Support Company, motion to continue the case from the November 2006 Trial Calendar. (Doc. No. 60). The motion is unopposed by Plaintiffs. (Doc. No. 61). As the Court has previously addressed Defendants' motion to dismiss and summary judgment, and upon motion of the parties, withdrawn the order dismissing Defendants' Roberts and Heli-Support for further consideration, the case is not ripe for trial. Motions are pending. Therefore, Defendants' motion to continue the trial (Doc. No 60) is **GRANTED**. The case is continued until the next regularly scheduled Trial Calendar, or to such a time as may be set by the Court.

      SO ORDERED, this __16th__ day of October, 2006.

                                                /s/W. Louis Sands
                                               **W. Louis Sands, Judge**
                                               **United States District Court**